**McGuireWoods LLP**
Michael D. Mandel, Esq. (SBN 216934)
    Email: mmandel@mcguirewoods.com
Bethany A. Pelliconi, Esq. (SBN 182920)
    Email: bepelliconi@mcguirewoods.com
Brian D. Fahy, Esq. (SBN 266750)
    Email: bfahy@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, CA 90067-1501
Telephone: 310.315.8200
Facsimile: 310.315.8210

Attorneys for Defendant
BANK OF AMERICA, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Damon Millar individually and on behalf of other aggrieved employees under the Labor Code Private Attorneys Genera Act of 2004,<br><br>    Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.<br><br>    Defendant. | CASE NO. 3:15-cv-03320<br><br>[San Francisco Superior Court Case No. CGC15-546338]<br><br>**DECLARATION OF JOSEPH BUSH IN SUPPORT OF DEFENDANT BANK OF AMERICA, N.A.'S REMOVAL OF CIVIL ACTION TO FEDERAL COURT**<br><br>Complaint Filed: June 12, 2015 |

# DECLARATION OF JOSEPH BUSH

I, Joseph Bush, declare as follows:

1. I am employed by Bank of America, N.A. ("BANA") as a Vice President, Service Delivery Consultant, HR Information Reporting and am authorized to make this declaration on BANA's behalf. The facts set forth in this declaration are based on my own personal knowledge and/or my review of BANA's personnel and payroll records as they are maintained in the ordinary course of business. If called as a witness, I could and would competently testify to the facts set forth in this declaration. I am over 18 years of age.

2. From April 27, 2014 to June 26, 2015, BANA employed at least 3,505 unique individuals holding the job title of Personal Banker. Between April 27, 2014 and June 26, 2015, the BANA employees holding the job title of "Personal Banker" worked a total of 69,066 pay periods, or an average of 19.70 pay periods each.

3. At all times relevant to the above-captioned action, BANA is and has been headquartered in and has maintained its principal place of business in Charlotte, North Carolina. At all times relevant to the above-captioned action, BANA's corporate officers have directed, controlled and coordinated BANA's activities from its Charlotte, North Carolina headquarters, where the majority of BANA's executive and administrative functions are performed.

4. BANA is a wholly-owned subsidiary of BANA Holding Corporation, which is a wholly-owned subsidiary of BAC North America Holding Company, which is wholly-owned subsidiary of NB Holdings Corporation, which is wholly-owned subsidiary of Bank of America Corporation.

5. As of June 26, 2015, and as of the date of this declaration, BANA was and is a national banking association under the laws of the United States of America.

///

///

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15 day of July, 2015 at Charlotte, North Carolina.

*/s/ Joseph Bush*
Joseph Bush

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1800 Century Park East, 8th Floor, Los Angeles, CA 90067.

On July 17, 2015, I served the following document described as **DECLARATION OF JOSEPH BUSH IN SUPPORT OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

Robert Ottinger
THE OTTINGER FIRM. P.C.
930 Montgomery Street, #502
San Francisco, CA 94133
Tel: (415) 262-0096

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, CA, on that same day following ordinary business practices. (C.C.P. § 1013 (a) and 1013a(3))

☐ **BY FACSIMILE:** At approximately _____, I caused said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was 310.315.8210. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

☐ **BY OVERNIGHT DELIVERY:** I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier with delivery fees paid or provided for, addressed to the person(s) served hereunder. (C.C.P. § 1013(d)(e))

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered the addressee(s). (C.C.P. § 1011)

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 17, 2015, at Los Angeles, CA.

/s/ Roland Morrissette
Roland Morrissette

68500719.1

4

DECLARATION OF JOSEPH BUSH IN SUPPORT OF REMOVAL