**MCGUIREWOODS LLP**
Michael D. Mandel, Esq. (SBN 216934)
    Email: mmandel@mcguirewoods.com
Bethany A. Pelliconi, Esq. (SBN 182920)
    Email: bepelliconi@mcguirewoods.com
Brian D. Fahy, Esq. (SBN 266750)
    Email: bfahy@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, CA 90067-1501
Telephone: 310.315.8200
Facsimile: 310.315.8210

Attorneys for Defendant
BANK OF AMERICA, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Damon Millar individually and on behalf of other aggrieved employees under the Labor Code Private Attorneys Genera Act of 2004,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA. N.A.<br><br>　　　　Defendant. | CASE NO. 3:15-cv-03320<br><br>[San Francisco Superior Court Case No. CGC15-546338]<br><br>**DEFENDANT BANK OF AMERICA, N.A.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**[Northern District Local Rule 3-16]**<br><br>Complaint Filed:　June 12, 2015 |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:**

Pursuant to Northern District Civil Local Rule 3-16, the undersigned counsel of record for Defendant BANK OF AMERICA, N.A. in the above-captioned matter hereby certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in the subject matter or in a party that could substantially be affected by the outcome of this proceeding:

1. BANA Holding Corporation, parent company of Bank of America, N.A.;
2. BAC North America Holding Company, parent company of BANA Holding Corporation; and
3. NB Holdings Corporation, parent company of BAC North American Holding Company and wholly-owned subsidiary of Bank of America Corporation.

These representations are made for the sole and limited purpose to enable the Court to evaluate possible disqualification or recusal.

DATED: July 17, 2015      MCGUIREWOODS LLP

By:    /s/ Michael D. Mandel
Michael D. Mandel, Esq.
Bethany A. Pelliconi, Esq.
Brian D. Fahy, Esq.

Attorneys for Defendant
BANK OF AMERICA, N.A.

68428384.1

2

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

# **PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1800 Century Park East, 8th Floor, Los Angeles, CA 90067.

On July 17, 2015, I served the following document described as **DEFENDANT BANK OF AMERICA, N.A.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

Robert Ottinger<br>
THE OTTINGER FIRM. P.C.<br>
930 Montgomery Street, #502<br>
San Francisco, CA 94133<br>
Tel: (415) 262-0096

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, CA, on that same day following ordinary business practices.

☐ **BY FACSIMILE:** At approximately _____, I caused said document(s) to be transmitted by facsimile. The telephone number of the sending facsimile machine was 310.315.8210. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

☐ **BY OVERNIGHT DELIVERY:** I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier with delivery fees paid or provided for, addressed to the person(s) served hereunder. (C.C.P. § 1013(d)(e))

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered the addressee(s).

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 17, 2015, at Los Angeles, CA.

                                                                                /s/ Roland Morrissette<br>
                                                                                   Roland Morrissette