**MCGUIREWOODS LLP**
Michael D. Mandel, Esq. (SBN 216934)
  Email: mmandel@mcguirewoods.com
Bethany A. Pelliconi, Esq. (SBN 182920)
  Email: bepelliconi@mcguirewoods.com
Brian D. Fahy, Esq. (SBN 266750)
  Email: bfahy@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, CA 90067-1501
Telephone: 310.315.8200
Facsimile: 310.315.8210

Attorneys for Defendant
BANK OF AMERICA, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Damon Millar individually and on behalf of other aggrieved employees under the Labor Code Private Attorneys Genera Act of 2004,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA. N.A.<br><br>Defendant. | CASE NO. 3:15-cv-03320<br><br>[San Francisco Superior Court Case No. CGC15-546338]<br><br>**DEFENDANT BANK OF AMERICA, N.A.'S DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1**<br><br>Complaint Filed: June 12, 2015 |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Bank of America, N.A. certifies that Bank of America, N.A. is wholly owned by BANA Holding Corporation, which is wholly owned by BAC North America Holding Company, which is wholly owned by NB Holdings Corporation, which is wholly owned by Bank of America Corporation, which is a publicly held corporation. The undersigned counsel of record for Bank of America, N.A. further certifies that there is no publicly held corporation that owns ten percent or more of Bank of America, N.A.'s stock.

DATED: July 17, 2015          MCGUIREWOODS LLP


                              By:    /s/ Michael D. Mandel
                                   Michael D. Mandel, Esq.
                                   Bethany A. Pelliconi
                                   Brian D. Fahy, Esq.

                                   Attorneys for Defendant
                                   BANK OF AMERICA, N.A.

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1800 Century Park East, 8th Floor, Los Angeles, CA 90067.

On July 17, 2015, I served the following document described as **DEFENDANT BANK OF AMERICA, N.A.'S DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

Robert Ottinger<br>
THE OTTINGER FIRM. P.C.<br>
930 Montgomery Street, #502<br>
San Francisco, CA 94133<br>
Tel: (415) 262-0096

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, CA, on that same day following ordinary business practices.

☐ **BY FACSIMILE:** At approximately _____, I caused said document(s) to be transmitted by facsimile. The telephone number of the sending facsimile machine was 310.315.8210. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

☐ **BY OVERNIGHT DELIVERY:** I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier with delivery fees paid or provided for, addressed to the person(s) served hereunder.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered the addressee(s).

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 17, 2015, at Los Angeles, CA.

/s/ Roland Morrissette<br>
Roland Morrissette

68430261.1

3

DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1